# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LINDA ORTEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-CV-8477 |
| v. | ) |
| | ) Judge Thomas Durkin |
| CHICAGO BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court partially granted summary judgment in this case (Dkt. #109), with the remaining claims tried partially to a jury and partially to the Court. The jury and the Court have rendered decisions or verdicts on their respective claims and the Court now enters judgment in the case as follows:

1. Regarding Plaintiff's ADA retaliation claim, the Court finds in favor of the Board. Accordingly, judgment is entered against Plaintiff and in favor of Defendant on Plaintiff's ADA retaliation claim.

2. Regarding Plaintiff's ADA discrimination claim, the jury found in favor of Plaintiff by verdict entered on October 19, 2015. Accordingly, judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's ADA discrimination claim, and Plaintiff is awarded compensatory damages pursuant to the jury's verdict in the amount of $285,000.00.

3. Regarding Plaintiff's claims for equitable relief based on the jury's verdict in favor of Plaintiff on her ADA discrimination claim, the Court finds in favor of Plaintiff as set forth in the Memorandum Opinion and Order entered November 21, 2017. Accordingly, judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claims for equitable relief and Plaintiff shall recover on those claims as follows:

      (a)    Back pay plus prejudgment interest in the amount of $430,697.00;

      (b)    Front pay in the amount of $83,512.00; and

      (c)    Lost pension benefits in the amount of $216,716.00.

The case is dismissed without prejudice, except that the Court retains jurisdiction until August 1, 2021. If by that date no motion has been filed by Plaintiff seeking additional lost pension benefits, the dismissal without prejudice will be replaced with a dismissal with prejudice.

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff and against Defendant in the amount of $1,015,925.00.

_____
Thomas M. Durkin
United States District Judge

Dated: November 21, 2017