IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LINDA ORTEGA,** | ) | Case No. 11 CV 8477 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Thomas M. Durkin** |
| vs. | ) | |
| | ) | |
| **CHICAGO PUBLIC SCHOOLS,** *etc.*, | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR AWARD OF ATTORNEY'S FEES
AND RELATED NON-TAXABLE COSTS AND FOR INSTRUCTIONS**

Plaintiff, LINDA ORTEGA, by and through her attorney, and pursuant to Fed. R. Civ. Proc. 54 and LR 54.3, submits this Motion for Award of Attorney's Fees and Related Non-Taxable Costs and for Instructions. In support of this motion, Plaintiff states as follows:

1. A final judgment was rendered in this matter on November 21, 2017 in favor of Plaintiff and against Defendant pursuant to the Americans with Disabilities Act. Section 12205 of the ADA provides: "In any action . . . the court or agency, in its discretion may allow the prevailing party . . . a reasonable attorney's fee, including litigation expenses and costs." 42 U.S.C. § 12205.

2. Plaintiff's attorney, who has been litigating in state and federal court for the past twenty-five (25) years, achieved significant relief for her client and Plaintiff now seeks an award of reasonable attorney's fees and costs. Plaintiff estimates that counsel has expended over 200 hours litigating the issues upon which Plaintiff prevailed at an hourly rate of $400.00, and has incurred thousands of dollars in non-taxable costs. Alternatively, Plaintiff seeks an award of fees

commensurate with what she will pay under her attorney retainer agreement with counsel.

      3.      Pursuant to Local Rule 54.3 and before filing a detailed fee petition supported by affidavit, Plaintiff wishes to confer with Defendant and attempt in good faith to agree on the amount of fees and related nontaxable expenses that should be awarded. In this spirit, Plaintiff asks that this Court set an appropriate schedule pursuant to LR 54.3.

      4.      Alternatively, Plaintiff asks that this Court permit her an additional twenty-one (21) days in which to submit a detailed fee petition and statement of nontaxable expenses. The fourteen (14) days set forth in Fed.R.Civ.Proc. 54 provides insufficient time to prepare a fee petition for litigation which has been pending since 2011.

      WHEREFORE, Plaintiff respectfully requests that this Court set an appropriate schedule, whereby the parties must comply with LR 54.3, or set a date twenty-one (21) days hence, by which, Plaintiff may further support this Motion for Award of Attorney's Fees and Related Non-Taxable Costs, or enter such further relief as this Court deems just.

      Respectfully submitted,
      LINDA ORTEGA

      /s/ Deidre Baumann
      _____
      By:    One of her Attorneys

Baumann & Shuldiner
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 558-3119