# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 10, 2018

*By the Court:*

| No. 18-1239 | LINDA ORTEGA,<br>Plaintiff - Appellee<br><br>v.<br><br>CHICAGO BOARD OF EDUCATION,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-08477<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

Upon consideration of the **AGREED MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on October 9, 2018, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit